# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| MILLLER, et al. | : | 02-3327 |
| REYES, et al. | : | 02-3334 |
| CORNELL, *et al.* | : | 02-3353 |
| PFONNER, *et al.* | : | 02-3355 |
| JOHNSON, *et al.* | : | 02-3406 |
| MARCINIAK | : | 02-3407 |
| COPELAND, *et al.* | : | 02-3440 |
| REEKES | : | 02-3467 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

## **O R D E R**

**AND NOW,** this            day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Anita B. Brody, Judge**_____

Case 2:02-cv-03327     Document 2     Filed 06/17/2002     Page 2 of 2